# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

**In re:**

**YARITZA OTERO CASTELLANO**      Case No.    13-10381-MCF

Chapter 13     Attorney Name:    R FIGUEROA CARRASQUILLO LAW OFFICE

| | |
|---|---|
| **I. Appearances** | **Date & Time:**   1/22/2014   1:59:00PM |
| Debtor    [X] Present    [ ] Absent | [X] R    [ ] NR    LV: |
| Joint Debtor    [ ] Present    [ ] Absent | [ ] This is debtor(s) 0 Bankruptcy filing. |
| Attorney for Debtor    [X] Present    [ ] Absent | **Creditors:** |
| [ ] Prose | |
| [ ] Appearing: | |
| **II. Oath Administered**    [X] Yes    [ ] No | |

**III. Plan**

Date:   12/13/2013    Base:   $10,800.00    Payments 1 made out of 1 due.

Confirmation Hearing Date:   2/14/2014   1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -   $136.00   =   $2,864.00

**IV. Status of Meeting**

[X] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

YARITZA OTERO CASTELLANO            Case No.   13-10381-MCF

Chapter 13     Attorney Name:    R FIGUEROA CARRASQUILLO LAW OFFICE

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| |    [ ] State - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [ ] Federal - years |
| [ ] Insuarence quote | |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |    [ ] Premises |
| [ ] Evidence of income |    [ ] Vehicle(s): |
| |    [ ] Licenses issued by: |

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

1) SOFA 9 discloses $33.00 as CIN Legal Data Services. Counsel to address why this expense is not part of the flat fee.

2) Debtor has claimed under section (d6) in the amount of $2,175 over vehicle Toyota Yaris 2007.
The following party(ies) object(s) confirmation:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
### MEETING OF CREDITORS

In re:

YARITZA OTERO CASTELLANO

Case No.  13-10381-MCF

Chapter 13     Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

**s/Osmarie Navarro**                                                                   Date:   01/22/2014

**Trustee/Presiding Officer**                                                                              (Rev. 05/13)